UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

SHMAR ARMEZE GENTLE

CASE NO. 8:24 cr 244 -TPB -TGW

18 U.S.C. § 922(g)(1)
(Possession of a Firearm or
Ammunition by a Convicted Felon)

**INDICTMENT**

JUN 5 2024 AM9:22
FILED - USDC - FLMD - TPA

The Grand Jury charges:

## COUNT ONE
**(Possession of a Firearm or Ammunition by a Convicted Felon)**

On or about March 29, 2022, in the Middle District of Florida, the defendant,

SHMAR ARMEZE GENTLE,

knowing that he had previously been convicted in any court of a crime punishable by

imprisonment for a term exceeding one year, including the following offenses:

1.  Grand Theft (motor vehicle), on or about December 5, 2018

2.  Fleeing or Attempting to Elude (lights and siren active), on or about
    December 5, 2018

3.  Possession of Cocaine, on or about December 5, 2018

4.  Possession of Heroin, on or about August 11, 2020

5.  Possession of Cocaine, on or about August 11, 2020

did knowingly possess, in and affecting interstate and foreign commerce, a firearm

and ammunition, that is, a Smith & Wesson M&P Shield .40 caliber pistol and .40

caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.    The property to be forfeited includes, but is not limited to, the following: a Smith & Wesson M&P Shield .40 caliber pistol and ammunition.

4.    If any of the property described above, as a result of any act or omission of the defendant:

   a.    cannot be located upon the exercise of due diligence;

   b.    has been transferred or sold to, or deposited with, a third party;

   c.    has been placed beyond the jurisdiction of the court;

   d.    has been substantially diminished in value; or

   e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
David P. Sullivan
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics
Section

3

FORM OBD-34
June 24

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

SHMAR ARMEZE GENTLE

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

███████████████████████
Foreperson

Filed in open court this 4th day

of June, 2024.

_____
Clerk

KARINA NIEVES

Bail $_____

GPO 863 525